An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

DERRICK SCOTT HARTMAN,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 63927

**FILED**

APR 10 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER OF AFFIRMANCE

This is an appeal from a district court order revoking probation. Sixth Judicial District Court, Humboldt County; Michael Montero, Judge.

Appellant Derrick Hartman contends that the record does not demonstrate that he knowingly and intelligently waived his right to confront his accusers at his revocation hearing or that he was adequately informed of the consequences of admitting probation violations. The district court informed Hartman that if he admitted violations he would waive several rights, including the right to confront his accusers, and as a result of such admissions, the court could revoke his probation and order him to serve the underlying sentence. Hartman stated he understood the rights he was waiving and the consequences of admitting probation

violations.  Because the claims are belied by the record, we conclude they lack merit, and we

ORDER the judgment of the district court AFFIRMED.[1]

_____, J.
Pickering

_____, J.
Parraguirre

_____, J.
Saitta

cc:   Hon. Michael Montero, District Judge
      Humboldt County Public Defender
      Attorney General/Carson City
      Humboldt County District Attorney
      Humboldt County Clerk

---

[1]The fast track statement does not comply with the provisions of NRAP 32(a)(4) because it does not have margins of at least one inch on all four sides. *See* NRAP 3C(h)(1) (requiring fast track filings to comply with the provisions of NRAP 32(a)(4)-(6)).  We caution appellant's counsel that future failure to comply with the rules when filing briefs may result in the imposition of sanctions. *See* NRAP 3C(n).